ACCEPTED
03-14-00570-CR
5860093
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 12:25:07 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00570-CR

## IN THE COURT OF APPEALS
## THIRD DISTRICT
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 12:25:07 PM
JEFFREY D. KYLE
Clerk

**ERIC BYRON CRAYTON, Appellant**

*v.*

**THE STATE OF TEXAS**

## APPELLANT'S OBJECTION TO THE STATE'S
## ATTEMPTED SUPPLEMENTATION OF THE RECORD

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Comes now, Eric Byron Crayton, Appellant in the above styled and numbered cause and would show this honorable Court the following:

**I.**

Crayton was convicted in the above cause for the offense of tampering with physical evidence and punishment was assessed at 35 years. Notice of appeal was timely filed and the appeal docketed in this Court.

**II.**

A clerk's record was filed on September 15, 2014. A certified reporter's record was filed on November 7, 2014 and a supplemental reporter's record filed on January 15, 2015. Crayton's brief was filed on February 2, 2015. On fourth extension, the State's brief is due on July 3, 2015.

**III.**

On June 26, 2015, the State filed a motion under TEX. R. APP. P. 34.6(d) to supplement the record with State's exhibit 73.

**IV.**

Appellant objects because supplementation is not appropriate under the circumstances presented. The record on appeal already contains a State's exhibit 73 certified by the court reporter as accurate of the proceedings which occurred at trial.

**V.**

If the State maintains the current State's exhibit 73 on file in this Court is in some manner inaccurate, it should make use of the remedy provided in TEX. R. APP. P. 34.6(e)(3). Under the State's proposed course of action, this Court will be provided with two State's exhibits 73 within the reporter's record.

## VI.

Appellant further objects to the State's belated attempt to claim the record is in some manner inaccurate or in need of supplementation.  This cause is languishing on the State's fourth motion for extension to file a brief.  In an order dated June 12, 2015, the Court indicated no further extensions would be granted and the prosecutor could be subject to contempt proceedings if a brief was not filed by July 3, 2015.

## PRAYER

Appellant requests this Court deny the State's belated attempted to supplement the record with a second State's exhibit 73 for a record which has been on file for eight months.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594
wetzel_law@1411west.com

Attorney for Appellant
Eric Byron Crayton

**CERTIFICATE OF COMPLIANCE**

This pleading complies with TEX. R. APP. P. 9.4. According to the word count function of the computer program used to prepare the document, the brief contains 326 words excluding the items not to be included within the word count limit.

/s/ Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

**CERTIFICATE OF SERVICE**

This is to certify a true and correct copy of this pleading was sent by email to Counsel for the State of Texas, Josh Presley, Assistant District Attorney, at presj@co.comal.tx.us on this the 29th day of June, 2015.

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300